UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

               Plaintiff,

-v-

BRYAN'S BAKERY INC. and 2406 REALTY LLC,

               Defendants.

CIVIL ACTION NO.: 21 Civ. 9156 (AJN) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The Complaint in this action was served on December 3, 2021, with Defendants' Answer due on December 27, 2021. (ECF Nos. 8, 9). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **February 10, 2022** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Alison J. Nathan, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **February 24, 2022**.

Dated:       New York, New York
              February 3, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**