UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>                    Plaintiff,<br><br>-v-<br><br>BRYAN'S BAKERY INC. and 2406 REALTY LLC,<br><br>                    Defendants. | CIVIL ACTION NO.: 21 Civ. 9156 (AJN) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

In light of Defendants' appearances in this matter (see ECF Nos. 13, 15), the Court's order directing Plaintiff to initiate default proceedings (ECF No. 10) is VACATED.

Defendants' deadline to answer or otherwise respond to the Complaint was December 27, 2021. (See ECF Nos. 8, 9). Neither Defendant, however, has filed a response or requested an extension of time to do so. Nonetheless, the Court sua sponte extends this deadline, and directs Defendants to answer or otherwise respond to the Complaint by **March 28, 2022**.

Dated:    New York, New York
         March 14, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**